## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRENDA SMITH, Individually and    :
as Administratix of the Estate of    :
RICKY SMITH    :
   :
       Plaintiffs,    :
   :
v.    :    3:16-CV-1264
   :    (JUDGE MARIANI)
SAMIR B. PANCHOLY, M.D., et al.,    :
   :
       Defendants.    :

## ORDER

AND NOW, THIS 25 DAY OF OCTOBER 2016, upon consideration of Plaintiff's

Motion to Remand, (Doc. 21), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Remand, (Doc. 21), is **GRANTED**.

2. The case is **REMANDED** to the Court of Common Pleas of Lackawanna County.

3. The Clerk of the Court is directed to mail a certified copy of this order of remand

    to the clerk of the Court of Common Pleas of Lackawanna County.

4. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge